THOMAS M. MERCADANTE AND MARIO OPROMOLLO, INDIVIDUALLY AND IN BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS-APPELLANTS, v. THE CITY OF PATERSON, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, AND THE BOARD OF POLICE AND FIRE COMMISSIONERS OF THE CITY OF PATERSON, DEFENDANTS-RESPONDENTS.

Argued March 22, 1971—Decided April 5, 1971.

*Mr. Abram A. Lebson* argued the cause for the appellants (*Messrs. Lebson & Prigoff*, attorneys).

*Mr. Joseph L. Conn*, City Counsel, argued the cause for the respondents (*Messrs. Joseph A. LaCava* and *Willian A. Feldman*, on the brief).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed by Judge Mountain in the Chancery Division, 111 *N. J. Super.* 35 (1970).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.